**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 07-0216-01-CR-W-GAF |
| | ) | |
| **JEREMY E. PETERMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On November 15, 2007, a hearing was held on the issue of Defendant Jeremy E. Peterman's competency. The parties agreed that the Court should consider the report prepared by Elissa R. Miller, Acting Chief Psychologist at the Metropolitan Correctional Center in New York, dated January 29, 2008.

On March 4, 2008, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation.

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is

ORDERED that Defendant Jeremy Peterman is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of

the proceedings against him or assisting in his own defense and that he is competent to stand trial.

                                              s/ Gary A. Fenner
                                              GARY A. FENNER, JUDGE
                                              UNITED STATES DISTRICT COURT

DATED: March 5, 2008